



# MEMORANDUM OPINION

No. 04-12-00400-CV

### IN RE Abel **GODINES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  July 11, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On July 2, 2012, relator filed a petition for writ of mandamus and motion for emergency stay. The court has considered relator's petition for writ of mandamus and motion, and the court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-11382, styled *San Juana T. Godines v. Joe Abel Godines*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney, presiding.